IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MELISSA AXELROD, GAIL HOUSTON, JULIE SHIGEKUNI,
On behalf of themselves and other employees similarly situated,

        Plaintiffs,

                                                                          Case No. 18-cv-427

v.

BOARD OF REGENTS OF THE UNIVERSITY OF
NEW MEXICO,

        Defendant.

## NOTICE OF REMOVAL

COMES NOW Defendant, the Board of Regents of the University of New Mexico ("UNM"), by and through its counsel of record, Sheehan & Sheehan, P.A. (Quentin Smith and Jeremiah L. Ritchie), pursuant to 28 U.S.C. §§ 1331, 1367, 1441, 1446, 1653, and D.N.M.LR-Civ. 81.1(a), and hereby remove this action to the United States District Court for the District of New Mexico. In support of removal, Defendant states:

1. On February 27, 2018, Plaintiffs filed their Complaint for Damages for Violation of Fair Pay Laws ("Complaint"), Cause No. D-202-CV-2018-01760, in the Second Judicial District Court, County of Bernalillo, State of New Mexico.

2. The Complaint alleged claims under the New Mexico Fair Pay for Women Act, and did not raise any federal question.

3. On April 17, 2018, Plaintiffs filed their First Amended Complaint for Damages for Violation of Fair Pay Laws ("Amended Complaint"), in the above referenced Cause.

4. Plaintiffs served their Amended Complaint via U.S. Mail, dated April 17, 2018, and Defendant received the Amended Complaint on April 19, 2018. This Notice of Removal is filed within thirty (30) days of service of the Amended Complaint and is timely filed under 28 U.S.C. § 1446(b).

3. In paragraph 1 of the Amended Complaint, Plaintiffs assert their action is brought "pursuant to the New Mexico Fair Pay for Women Act, NMSA 28-12-1 et seq., the Equal Pay Act 29 U.S.C. 206(d), and the New Mexico Human Rights Act, NMSA 28-1-1. et. seq."

4. In the Amended Complaint, Plaintiffs bring federal claims against Defendant. In Count II, Plaintiffs bring claims pursuant to the Equal Pay Act ("EPA"), alleging that Defendant payed male professors a higher wage than Plaintiffs, in violation of federal law. Pursuant to 28 U.S.C. §§ 1331, this Court has federal question jurisdiction over these federal claims.

5. In the Amended Complaint, Plaintiffs also bring related claims under state law. In Counts I and III, Plaintiffs claim violations of the New Mexico Fair Pay for Women Act and the New Mexico Human Rights Act, respectively, alleging generally that Defendant payed male professors a higher wage than Plaintiffs. Pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over these state law claims because they arise from the same factual allegations and form part of the same case and controversy as the federal claims in the Amended Complaint.

6. There are no other defendants to consent to removal of this action to federal court.

7. Copies of all process, pleadings, and notices filed in the Second Judicial District Court are attached hereto as **Ex. A**. These include the following: Complaint for Damages for Violation of Fair Pay Laws, **Ex. A-1**; First Amended Complaint for Damages for Violation of Fair Pay Laws, **Ex. A-2**; Court Annexed Arbitration Certificate, **Ex. A-3**; Notice of Excusal, **Ex. A-4**;

Notice of Judge Reassignment, **Ex. A-5**; Entry of Appearance; **Ex. A-6**; Notice of Extension of Time for Defendants to Respond to Complaint, **Ex. A-7**.

8. Immediately upon filing this Notice, Defendant has given written notice thereof to Plaintiffs as required by 28 U.S.C. § 1446(d) and has filed a copy of said Notice with the Clerk of the Court from which this action is removed.

9. Defendant reserves the right to supplement this Notice of Removal under 28 U.S.C. § 1653 and D.N.M.LR-Civ. 81.1(a), which authorize supplementation of a removal within thirty (30) days of removal.

WHEREFORE, Defendant hereby requests the Court to remove Cause No. D-202-CV-2018-01760 from the Second Judicial District Court, County of Bernalillo, State of New Mexico, into this Court for trial and determination.

    SHEEHAN & SHEEHAN, P.A.
*Attorneys for Defendant*
P.O. Box 271
Albuquerque, NM 87103
(505) 247-0411; (505) 842-8890 (fax)
qs@SheehanSheehan.com; jlr@SheehanSheehan.com

    **Electronically Filed**
    /s/ Jeremiah L. Ritchie
By: _____
    Quentin Smith
    Jeremiah L. Ritchie

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Notice of Removal was sent by email to Plaintiffs' counsel, David Plotsky, on this 4th day of May, 2018.

                                        */s/Jeremiah L. Ritchie*
                                        Jeremiah L. Ritchie