IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MELISSA AXELROD and JULIE SHIGEKUNI,
*on behalf of themselves and other employees similarly situated*,

    Plaintiffs,

v.                                                        Civ. No. 18-0427 KG/GBW

BOARD OF REGENTS OF THE
UNIVERSITY OF NEW MEXICO,

    Defendant.

## ORDER OF REFERENCE

In accordance with the provisions of 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Va. Beach Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990), this matter is referred to Magistrate Judge Gregory B. Wormuth to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommended to the Court an ultimate disposition of the *Defendant's Motion to Dismiss Plaintiffs' Complaint for Damages for Violation of Fair Pay Laws* (Doc. 4). The Magistrate Judge will submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties. The parties will be given the opportunity to object to the proposed findings, analysis, and disposition as described in 28 U.S.C. § 636(b)(1). Objections must be filed within fourteen (14) days after being served with a cop of the proposed disposition.

_____
UNITED STATES DISTRICT JUDGE