IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MELISSA AXELROD, JULIE SHIGEKUNI, *on behalf of themselves and other employees similarly situated*,

        Plaintiffs,

v.                                           No. 1:18-CV-00427-KG-GBW

BOARD OF REGENTS OF THE UNIVERSITY
OF NEW MEXICO,

        Defendant.

## ORDER TO REMAND

THIS MATTER having come before the Court on the Stipulated Motion for Remand (Doc. 24), and the Court being advised that the parties have agreed to the remand of this matter to Second Judicial District Court, the Court having reviewed the Motion and being otherwise advised in the premises,

FINDS that the Stipulated Motion for Remand is well taken, and that remand of this matter to the Second Judicial District Court is, therefore, granted.

IT IS, THEREFORE, ORDERED that the matter be remanded to the Second Judicial District Court, Bernalillo County, State of New Mexico.

                                                                         _____
                                                                          UNITED STATES DISTRICT JUDGE